UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.

SAMUEL ROBYN THURMAN, JR.,

       Defendant.
_____/

Case No. 1:09:CR:1

HON. GORDON J. QUIST

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed February 6, 2009, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Samuel Robyn Thurman, Jr.'s plea of guilty to Count One of the Felony Information is accepted. Defendant Samuel Robyn Thurman, Jr. is adjudicated guilty.

3. Defendant Samuel Robyn Thurman, Jr. shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: February 25, 2009

       /s/ Gordon J. Quist
       GORDON J. QUIST
       UNITED STATES DISTRICT JUDGE